### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | | |
|---|---|---|
| **MARY WILLS,** | ) | **CASE NO.: 2:23-cv-00699** |
| | ) | |
| *Plaintiff,* | ) | **HONORABE IRENE C. BERGER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TANESHA BROWN.** | ) | |
| | ) | |
| *Defendant.* | ) | |

### AGREED DISMISSAL ORDER

THIS DAY came the parties to the above-styled action, by their respective counsel, and move this Court to dismiss the present action from the Court's docket, **WITH PREJUDICE**, because the matters and issues in dispute between the parties have been resolved by agreement. The parties agree that each shall bear their own attorney's fees and expenses.

And the Court, hearing no objection to the aforesaid motion, and based on the agreement of the parties, does hereby **ORDER** that the present action should be, and the same is hereby **DISMISSED, WITH PREJUDICE**, with the parties to be responsible for their own attorneys' fees and expenses.

The Clerk of the Court is instructed to forward a certified copy of this Order to all counsel of record.

ENTERED this 4th day of October, 2024.

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

22856347.1

Prepared By:

/s/ Colton C. Parsons
Colton C. Parsons (WVSB # 13243)
S. Caleb Davis (WVSB # 13833)
P. O. Box 1588
Charleston, WV 25326-1588
Telephone (304)-353-8000
Facsimile (304)-353-8180
*Counsel for Defendant*


Agreed to By:

/s/ Jennifer D. Roush
Stephen B. Farmer, Esq.
Robert A. Campbell, Esq.
Jennifer D. Roush, Esq.
FARMER, CLINE & CAMPBELL, PLLC
Post Office Box 3842
Charleston, WV 25338
*Counsel for Plaintiff*

> /s/ Colton C. Parsons
> Colton C. Parsons (WVSB # 13243)